# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Norlyn Stanley Nelson, | Civil No. 11-cv-3143 (DSD/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| James Stuart, *et al.,* | |
| Defendants. | |

---

Norlyn Stanley Nelson, MCF-Faribault, 1101 Linden Lane, Faribault, MN 55021;

Robert D. Goodell and Bryan D. Frantz, Anoka County Attorney's Office, 2100 3rd Avenue North, Anoka, MN 55303 (for Defendants James Stuart and Anoka County Jail); and

Bryon G. Ascheman and Richard J. Thomas, Burke & Thomas PLLP, 3900 Northwoods Drive, Suite 200, St. Paul, MN 55112 (for Defendant Doctor John Loes).

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated February 14, 2014 (Docket No.113), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Doctor Loes's Motion for Summary Judgment (Docket No. 93) is **GRANTED**.

2. Sheriff Stuart's Motion for Summary Judgment (Docket No. 80) is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Date:  March 5, 2014                                s/David S. Doty
                                                    David S. Doty, Judge
                                                    United States District Court